AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of

UNITED STATES OF AMERICA

V.

SCOTT A. HILL

## WARRANT FOR ARREST

Case 98-10359-DPW

1:07-M-11M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SCOTT A. HILL
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complain ☐ Order of court ☐ Violation X Probation Violation Petition

charging him or her (brief description of offense)

Violation of Mandatory Condition: defendant shall not commit another Federal, State or Local Crime; Violation of Standard Condition #1: Defendant shall not leave the judicial District without the permission of the Court or probation officer; Violation of Standard Condition #7: Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic, or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

in violation of 18 United States Code, Section(s) 3606

2006 JUN 27 2: 38
U.S. MARSHALS SERVICE

Michelle Rynne
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Michelle Rynne
Signature of Issuing Officer

6/27/06 at Boston, Massachusetts
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

UN__D STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ORDER OF REFERENCE**

Check if previously referred____

UNITED STATES OF AMERICA

V.

CR No. 98-10359-DPW

SCOTT A. HILL

Criminal Category ________________

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge COLLINGS for the following proceedings:

(A) Determination (Order) on:
( ) Rule 16(b) and/or Pretrial proceedings ________________
( ) Nondispositive pretrial and discovery motions(s) not listed in Paragraph (B) below
See Documents Numbered : ________________
( ) Trial pursuant to 28 U.S.C. §636(c) or 18 U.S.C. §3401 and applicable rules

Action taken by the Magistrate Judge on matters referred for determination shall constitute the Order of the Court and shall be reconsidered only where shown to be clearly erroneous in fact or contrary to law.
28 U.S.C. §636(b)(1)(A)

(B) Findings and Recommendations pursuant to 28 U.S.C. §636(b)(1)(B) on:
( ) Motion(s) for injunctive relief
( ) Motion(s) for judgment on the pleadings
( ) Motion(s) for summary judgment
( ) Motion(s) to permit maintenance of a class action
( ) Motion(s) to suppress evidence
( ) Motion(s) to dismiss
See Documents Numbered: ________________

(C) Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
( ) In accordance with Rule 53, F.R.Civ.P.
( ) In accordance with 42 U.S.C. §2000e-5(f)(5)

(D) Special instructions **INITIAL APPEARANCE IN CONNECTION WITH PETITION FOR REVOCATION OF SUPERVISED RELEASE; DETENTION AND/OR BAIL HEARING; PRELIMINARY EXAMINATION; AND APPOINTMENT OF COUNSEL, IF APPROPRIATE.**

June 27, 2006

By : /S/ MICHELLE RYNNE
Deputy Clerk

( ) Civil Rule 16(b) Proceedings
( ) Civil and MBD Discovery or Civil Pretrial
( ) Service as Special Master or Trial
( ) Civil Dispositive Motions
( ) Criminal Dispositive Motions
( ) Criminal Pretrial or Discovery
( ) Post Conviction Proceedings[1]
( ) Miscellaneous

(MJordref.frm - 09/92)

[orefcs., orefm., korefcs., korefm.]

** TOTAL PAGE.03 **