AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Scott Hill

APPEARANCE

CASE NUMBER: 1:07-M-11M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Scott Hill

I certify that I am admitted to practice in this court.

2-1-07
*Date*

[signature]
*Signature*

William C Dimitri 3129
*Print Name* *Bar Number*

462 Broadway
*Address*

Prov RI 02909
*City* *State* *Zip Code*

273-9092 351-1898
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.