UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No: 1:07-M-11M |
| | ) | |
| SCOTT A. HILL | ) | |

**ORDER OF REMOVAL**

This matter was heard on February 1, 2007 before Magistrate-Judge David L. Martin. The defendant, having waived an identity hearing and having consented to removal in custody, it is hereby:

**ORDERED, ADJUDGED AND DECREED**

The defendant is ordered removed to the Judicial District of Massachusetts in the custody of the United States Marshal's Service for further proceedings in case number 98-10359-DPW.

BY ORDER:
[signature]
Deputy Clerk

ENTER:
[signature]
DAVID L. MARTIN
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

DATE: 2-1-07